IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00564-WDM-MEH

LESLIE McWETHY,

    Plaintiff,

v.

THE CITY OF COLORADO SPRINGS, d/b/a MEMORIAL HOSPITAL,
GEORGE L. HERTNER, M.D.,
GREGORY P. COLLINS, D.O., and
JAMES K. WARREN, M.D.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2009.**

    Plaintiff's Motion for Leave to Amend Complaint and Jury Demand [filed March 31, 2009; docket #4] is **denied as moot** pursuant to Fed. R. Civ. P. 15(a)(1). The Clerk of the Court is directed to file the First Amended Complaint, Jury Demand and Certificate of Review found at docket #4-2.