IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00564-WDM-MEH

LESLIE McWETHY, individually, and as Parent and Next Friend of Jordan Thomas McWethy, a minor child,

      Plaintiff,

v.

THE CITY OF COLORADO SPRINGS, d/b/a MEMORIAL HOSPITAL,
GEORGE L. HERTNER, M.D.,
GREGORY P. COLLINS, D.O., and
JAMES K. WARREN, M.D.,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 15, 2009.**

      Defendant Warren's Motion to Vacate and Reset the Scheduling Conference Currently Set for May 27, 2009 [filed May 15, 2009; docket #22] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1A.  *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).  If, after conferring under the Rule, the parties agree to vacate and reschedule the conference, the parties are directed to conference together and call my Chambers at (303) 844-4507 to obtain an alternate date.