IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00564-WDM-MEH

LESLIE McWETHY, individually, and as Parent and Next Friend of Jordan Thomas McWethy, a minor child,

    Plaintiff,

v.

THE CITY OF COLORADO SPRINGS, d/b/a MEMORIAL HOSPITAL,
GEORGE L. HERTNER, M.D.,
GREGORY P. COLLINS, D.O., and
JAMES K. WARREN, M.D.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 3, 2009.**

    Defendant Hertner's Motion for Protective Order for the Deposition of James K. Warren, M.D. [filed June 3, 2009; docket #31] is **granted**. The deposition of Defendant Warren shall not take place on June 4, 2009. The parties are reminded that requests for relief may not be made in a response to a motion. *See* D.C. Colo. LCivR 7.1C.