IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00564-WDM-MEH

LESLIE McWETHY, individually, and as Parent and Next Friend of Jordan Thomas McWethy, a minor child,

    Plaintiff,

v.

THE CITY OF COLORADO SPRINGS, d/b/a MEMORIAL HOSPITAL,
GEORGE L. HERTNER, M.D.,
GREGORY P. COLLINS, D.O., and
JAMES K. WARREN, M.D.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 3, 2009.**

    Defendant Hertner's Motion to Vacate and Reset the Scheduling Conference Currently Set for June 5, 2009 [filed June 3, 2009; docket #32] is **granted**. The Scheduling Conference set in this case for June 5, 2009, is **vacated** and **rescheduled** for **June 30, 2009**, at **9:00 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    If this date is not convenient for any counsel, he or she should confer with opposing counsel and my chambers to obtain a more convenient date. Absent exceptional circumstances, no request for rescheduling will be entertained unless made five days in advance of the date of appearance.

    Lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling conferences by telephone, if the original signed copy of the appropriate proposed order has been submitted. Counsel are to arrange appearance by telephone with my Chambers by calling (303) 844-4507.

    It is further ORDERED that counsel for the parties in this case are to hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f), as amended, on or before **June 9, 2009**. Pursuant to Fed. R. Civ. P. 26(d), as amended, no discovery shall be submitted until after the pre-scheduling conference meeting, unless otherwise ordered or directed by the district judge in this case.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the scheduling conference. The proposed Scheduling Order to be submitted to the Magistrate Judge

under the ECF Procedures <u>must</u> be submitted in a useable format (i.e., Word or WordPerfect only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed scheduling order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at [www.co.uscourts.gov](www.co.uscourts.gov). Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the Scheduling/Planning conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion.  Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C. Colo. LCivR 83.2B.