IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00564-WDM-MEH

LESLIE McWETHY, individually and as parent and next friend of minor Jordan Thomas McWethy,

     Plaintiff,

v.

THE CITY OF COLORADO SPRINGS, d/b/a MEMORIAL HOSPITAL,
GEORGE L. HERTNER, M.D.,
GREGORY P. COLLINS, D.O., and
JAMES K. WARREN, M.D.,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 9, 2009.**

    The Joint Motion to Vacate Settlement Conference [filed November 6, 2009; docket # 70] is **granted**. The Settlement Conference scheduled for December 10, 2009 is hereby **vacated**. The parties are reminded that they may contact my Chambers at any point during the litigation to request assistance with settlement efforts, if they so desire.