IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-00564-WDM-MEH

LESLIE MCWETHY,

    Plaintiff,

v.

THE CITY OF COLORADO SPRINGS, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF GEORGE L. HERTNER, M.D. ONLY

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii).  Accordingly, the complaint against George L. Hertner, M.D. only is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on December 22, 2009.

                                                    BY THE COURT:

                                                  s/ Walker D. Miller
                                                  United States Senior District Judge